| | |
|---|---|
| 1 | Jeremy M. Dobbins, SBN 320648 |
| | LAW OFFICE OF JEREMY M. DOBBINS |
| 2 | 1225 E. Divisadero Street |
| | Fresno, California 93721 |
| 3 | Telephone: (559) 306-6580 |
| 4 | Facsimile: (559) 316-4070 |
| 5 | Attorney for Defendant Jose Villagrana |

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00002-DAD-BAM |
| Plaintiff, | |
| | STIPULATION TO ADD AN ADDITIONAL PROPERTY TO AS COLLATERAL FOR PRE-TRIAL RELEASE; ORDER |
| v. | |
| AIDA CORONA, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Defendant Jose Villagrana, through his counsel of record, and Laurel J. Montoya, Assistant United States Attorney that it would be appropriate to add an additional property that would meet the $100,000.00 bond requirement for defendant's pretrial release. The original order was to use the Defendants mothers home as collateral. However since that decision was issued, it was discovered that there is an additional deferred lien on that property that substantiality reduces the available equity to below the $100,000.00.

The bond for release will be as follows:

The Defendants mother Hortencia Felix's home will be a total equity bond. The address is 543 W. Lamona Ave. Fresno, CA 93728.

The second property owned by Gilbert Villareal and Lorena Reyes is located at 4254

STIPULATION AND ORDER

N. Tamera Ave. Fresno, CA 93722.  This property will be used to make up the difference to meet the $100,000.00 bond requirement.

SO STIPULATED.

Dated: May 16, 2019                          Respectfully submitted,
                                             /s/ Laurel J. Montoya
                                             Laurel J. Montoya
                                             Assistant United States Attorney


Dated: May 16, 2019                          /s/ Jeremy M. Dobbins
                                             Jeremy M. Dobbins
                                             Attorney for Defendant


**ORDER**

Good cause appearing, the conditions of defendant Jose Villagrana's property bond included as a condition of Jose Vilagrana's pretrial release shall continue to include his mother, Hortencia Felix's property, which will be a total equity bond, located at 543 W. Lamona Ave. Fresno, CA 93728 as previously ordered.  A second property owned by Gilbert Villareal and Lorena Reyes, located at 4254 N. Tamera Ave. Fresno, CA 93722 will serve as a secondary property bond to secure the total $100,000.00 bond requirement.

IT IS SO ORDERED.

Dated:   **May 17, 2019**                    /s/ Erica P. Grosjean
                                             UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER
-2-