Jeremy Dobbins, Esq. SBN 320648
The Law Office of Jeremy M. Dobbins
1225 E. Divisadero Street
Fresno, CA 93721
Telephone: (559) 306-6580
Facsimile: (559) 316-4070
Email: jeremy@jeremymdobbins.com

*Attorney for Defendant,* JOSE VILLAGRANA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE VILLAGRANA,<br><br>Defendant. | **Case No.** 1:19-cr-00002-ADA-BAM<br><br>**STIPULATION TO EXONERATE DEED OF TRUST WITH ASSIGNMENT OF RENT AND TO RECONVEY TITLE OF REAL PROPERTY AND ORDER THERETO** |

Plaintiff, United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On January 21, 2022, Defendant was arrested in Placer County and remains in custody at South Placer Jail. Defendant has been on a U.S. Marshall Hold since his arrest.

2. The $65,000.00 Deed of Trust on the property of Gilbert Villareal and Lorena Reyes now on file with the Fresno County Recorder as Document 2019-0052058 be exonerated and the title of the real property described therein be reconveyed to Gilbert Villareal and Lorena Reyes.

//

//

IT IS SO STIPULATED

Dated: November 11, 2022                 **LAW OFFICE OF JEREMY M. DOBBINS**

/s/ *Jeremy M. Dobbins*
_____
Jeremy M. Dobbins, Esq.
Attorney for Defendant, Jose Villagrana

Dated: November 11, 2022                 **UNITED STATES ATTORNEY'S OFFICE**

*/s/ Laurel J. Montoya*
_____
Laurel Jackson Montoya
Assistant United States Attorney

## ORDER

IT IS HEREBY ORDED that the Deed of Trust with Assignment of Rents filed on May 21, 2019, with the Fresno County Recorder as Document 2019-0052058 be exonerated and the title of the real property described therein be reconveyed to Gilbert Villareal and Lorena Reyes.

IT IS SO ORDERED.

Dated:   **November 15, 2022**              /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE