PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00002-ADA-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| JOSE VILLAGRANA, | DATE: July 26, 2023 |
| Defendant. | TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on July 26, 2023.

2. By this stipulation, the government and defendants now move to set the matter for jury trial on April 9, 2024, and to exclude time between July 26, 2023, and April 9, 2024, under Local Code T4.

3. The parties request that a trial confirmation date be set on March 25, 2024.

4. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports and photographs. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.. Defense counsel has

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

1 requested additional discovery that the government needs to look in to and additional time is
2 needed.

3       b)     A plea agreement has been provided to the defense. Revisions were made after
4 negotiations between the parties and negotiations are ongoing.

5       c)     Counsel for defendant desires additional time to review discovery, conduct
6 investigation, review the revised plea agreement with his client and engage in any further plea
7 negotiations if warranted.

8       d)     Counsel for defendant believes that failure to grant the above-requested
9 continuance would deny him/her the reasonable time necessary for effective preparation, taking
10 into account the exercise of due diligence.

11       e)     The government agrees with the jury trial date and does not object to the matter
12 being set accordingly.

13       f)     The parties believe that this matter will resolve and additional time is needed to
14 accomplish this.

15       g)     Based on the above-stated findings, the ends of justice served by continuing the
16 case as requested outweigh the interest of the public and the defendant in a trial within the
17 original date prescribed by the Speedy Trial Act.

18       h)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
19 et seq., within which trial must commence, the time period of July 26, 2023 to April 9, 2024,
20 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]
21 because it results from a continuance granted by the Court at defendant's request on the basis of
22 the Court's finding that the ends of justice served by taking such action outweigh the best interest
23 of the public and the defendant in a speedy trial.

24    5.     Nothing in this stipulation and order shall preclude a finding that other provisions of the
25 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial
26 must commence.

27       IT IS SO STIPULATED.

28 ///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

| | |
|---|---|
| Dated: July 18, 2023 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ LAUREL J. MONTOYA<br>LAUREL J. MONTOYA<br>Assistant United States Attorney |
| Dated: July 18, 2023 | /s/ JEREMY DOBBINS<br>JEREMY DOBBINS<br>Counsel for Defendant<br>JOSE VILLAGRANA |

## ORDER

IT IS SO ORDERED that the status conference set for July 26, 2023, is vacated. A jury trial is set for **April 9, 2024, 2024, at 8:30 a.m. before District Judge Ana de Alba**. Estimate time of trial is **3-4 days**. A Trial Confirmation is set for **March 25, 2024, at 8:30 a.m. before District Judge Ana de Alba**. Time is excluded through trial pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **July 19, 2023**          /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE