PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00002-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION SETTING CHANGE OF PLEA HEARING AND REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| JOSE VILLAGRANA, | |
| Defendant. | DATE: April 9, 2024<br>TIME: 8:30 a.m.<br>COURT: Hon. Charles R. Breyer |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for jury trial on April 9, 2024.

2. By this stipulation, the government and defendants now move to set the matter for a change of plea hearing on January 8, 2024 at 11:00 a.m.. Time has previously been excluded to and through April 9, 2024 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports and photographs. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.. Defense counsel has requested additional discovery that the government needs to look in to and additional time is

needed.

   b) A plea agreement has been provided to the defense. Revisions were made after negotiations between the parties and negotiations are ongoing.

   c) Counsel for defendant believes that the plea agreement will be signed by the defendant in advance of the requested change of plea date.

   d) The parties request that the trail confirmation date of March 25, 2024 and the jury trial date of April 9, 2024 be vacated.

   e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 9, 2024, inclusive, was previously deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

| | |
|---|---|
| Dated: December 11, 2023 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ LAUREL J. MONTOYA<br>LAUREL J. MONTOYA<br>Assistant United States Attorney |
| Dated: December 11, 2023 | /s/ JEREMY DOBBINS<br>JEREMY DOBBINS<br>Counsel for Defendant<br>JOSE VILLAGRANA |

**[Remainder of this page intentionally left blank]**

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

# ORDER

IT IS SO ORDERED that the jury trial set for April 9, 2024 and trial confirmation set for March 25, 2024 are vacated. A change of plea hearing is set for **January 8, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv). Time has previously been excluded to and through April 9, 2024.

IT IS SO ORDERED.

Dated: __December 14, 2023__       /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE