PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>                  v.<br><br>JOSE VILLAGRANA,<br><br>                  Defendant. | CASE NO. 1:19-CR-00002-NODJ-BAM<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; ORDER<br><br>DATE: May 6, 2024<br>TIME: 8:30 a.m.<br>COURT: Hon. Charles R. Breyer |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on May 6, 2024.

2. By this stipulation, the government and defendant now move to continue the sentencing hearing to May 20, 2024 at 8:30 a.m.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for defendant Villagrana has been in trial and needs additional time to prepare for the sentencing hearing.

IT IS SO STIPULATED.

///

///

Dated: April 15, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ LAUREL J. MONTOYA
LAUREL J. MONTOYA
Assistant United States Attorney

Dated: April 15, 2024

/s/ JEREMY DOBBINS
JEREMY DOBBINS
Counsel for Defendant
JOSE VILLAGRANA

## ORDER

IT IS SO ORDERED that the sentencing hearing is continued from May 6, 2024, to **May 20, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated: **April 22, 2024**      /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2